UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTY TONEY, | ) |
| Plaintiff, | ) |
| | ) No. 1:18-cv-37 |
| -v- | ) |
| | ) Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 9, 2019        /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge